IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUZ M. SANCHEZ,

        Plaintiff,

  v.

U.S. BANK, N.A., et al.,

        Defendants.

No. C 09-04506 SI

**ORDER VACATING HEARING; ORDER TO SHOW CAUSE**

On November 9, 2009, defendant U.S. Bank filed an amended motion to dismiss plaintiff's complaint for failure to state a claim. The matter was set for hearing on December 18, 2009. Under Civil Local Rule 7-3, plaintiff's opposition was due by November 27, 2009. Plaintiff did not file an opposition by that date or obtain a stipulation or the Court's permission to extend the deadline. Plaintiff is represented by counsel.

The Court hereby VACATES the hearing set for December 18, 2009 and ORDERS plaintiff to show cause **in writing, by December 18, 2009**, why this case should not be dismissed for failure to prosecute. In the event plaintiff does not file a declaration by the date ordered, the Court will dismiss the complaint without prejudice.

**IT IS SO ORDERED.**

Dated: December 2, 2009

SUSAN ILLSTON
United States District Judge