IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUZ M. SANCHEZ,

    Plaintiff,

v.

U.S. BANK, N.A., et al.,

    Defendants.
_____/

No. C 09-04506 SI

**ORDER RE: ADR AND RESCHEDULING CASE MANAGEMENT CONFERENCE**

The amended complaint in this action must be filed on or before March 8, 2010, and it may be some time thereafter before the pleadings are completed. **The Case Management Conference currently scheduled for February 26, 2010 is continued to April 30, 2010 at 3:00 p.m.**

The parties have agreed that this matter be referred to the court's mediation program, and ask that they be permitted up to 60 days after an answer is filed to complete the process. The Court agrees and will so order. **However, the parties are encouraged to discuss any potential loan modification during the interim.**

**IT IS SO ORDERED.**

Dated: February 24, 2010

SUSAN ILLSTON
United States District Judge