IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ M. SANCHEZ, | No. C 09-04506 SI |
| Plaintiff, | **ORDER RE: JURISDICTION** |
| v. | |
| NAJARIAN LOANS, INC., U.S. BANK, N.A., | |
| Defendants. | |

Defendants' motions to dismiss plaintiff's First Amended Complaint are set for hearing on Friday, May 14, 2010. In amending her complaint, plaintiff has added defendant Najarian Loans, Inc., a mortgage lender which, according to the complaint, is based in California. Plaintiff alleges no federal claims in this suit, and the action was originally removed to this Court on the basis of diversity jurisdiction. In light of the addition of Najarian as a defendant, it appears to the Court that there is no longer complete diversity among the parties, and thus no basis for federal jurisdiction.

The parties are invited to file a response to this order addressing the basis for continued jurisdiction in this Court by **May 12, 2010.** The motions currently set for oral argument on May 14 will remain on calendar unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: May 7, 2010

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2