IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ M. SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NAJARIAN LOANS, INC., U.S. BANK, N.A.,<br><br>　　　　Defendants.<br>_____/ | No. C 09-04506 SI<br><br>**ORDER REMANDING ACTION FOR LACK OF FEDERAL JURISDICTION** |

On May 7, 2010, the Court issued an order stating that there appeared to be no basis for federal subject matter jurisdiction and inviting the parties to file a response addressing the basis for continued jurisdiction in this Court. Neither defendant made any response to the Court's order, and plaintiff filed an improperly-noticed motion to remand.

It appearing that there is no longer any basis for federal jurisdiction, this action is hereby REMANDED to the San Francisco County Superior Court. All pending motions are hereby TERMINATED and the motion hearing set for May 14, 2010 is VACATED. (Docket Nos. 41, 42, 43, 46, 55).

**IT IS SO ORDERED.**

Dated: May 13, 2010

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge